United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS. LOUIS T. RECHT, | No. C-07-2763 MMC |
|     Plaintiff, | **ORDER DISMISSING COMPLAINT; DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
|   v. | |
| NAVY, | |
|     Defendant                    / | |

Before the Court is plaintiff's application to proceed in forma pauperis and her complaint against defendant Navy, both of which were filed May 21, 2007.

Pursuant to 28 U.S.C. § 1915(e), where a plaintiff seeks to proceed in forma pauperis, the Court must dismiss the complaint if the Court determines that the complaint is frivolous or malicious, or that the plaintiff has failed to state a claim upon which relief can be granted. See 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

Here, plaintiff's complaint falls directly within the category of pleadings identified in § 1915(e)(2)(B)(i) and (ii). The allegations of plaintiff's complaint begin as follows:

> Demanding motions to strike for malpractice and mayhem by United States Judges that are under possion and are childmolesters and animal molesters and are using the court clerks and Judges under possiuon of another and any Federal and States and City and Town that are trying to eat and molest children animals or hold women or men hostage using Arizona Bank In De Nova Heartlandfinical Inc.CEO Lynn Fuller and Marca Y. Mills to use unauthorized signature the crime is construction by FBI/Cia and Risk management and Homeland Security and the United States Presidents since

1 | the Nixon Adm.Henery Kissenger FBI/CIA have been fraudulently giving All weponds and making an Illegal drugs with my social security Number and saling all weponds illegally to my Social Security number and Name thru Heartland Finical Inc. and Visa Corp. without my permission since birth and have held Americans hostage since 1960 in Nexum.

(See Compl. at 1-2.)  The complaint continues in a similar manner for multiple pages without setting forth a viable claim against Navy, and there is no indication plaintiff can cure the deficiencies in her complaint.

Accordingly, plaintiff's complaint is hereby DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B), and plaintiff's application to proceed in forma pauperis is hereby DENIED as moot.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 9, 2007

_____
MAXINE M. CHESNEY
United States District Judge