**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS. LOUIS T. RECHT, et al., | No. C-07-2763 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| v. | |
| NAVY, | |
| Defendant / | |

    Before the Court is plaintiff Dr. Craig Recht's application to proceed in forma pauperis on appeal.

    Rule 24(a)(1)(C) of the Federal Rules of Appellate Procedure requires that a party seeking to proceed in forma pauperis on appeal file an affidavit showing the party's "inability to pay or to give security for fees and costs," claiming "an entitlement to redress," and stating "the issues that the party intends to present on appeal." See Fed. R. App. Proc. 24(a)(1). Plaintiff fails to submit a statement of the issues he intends to present on appeal.

    Accordingly, the application to proceed in forma pauperis on appeal is hereby DENIED, without prejudice.

    **IT IS SO ORDERED.**

Dated: September 4, 2007

                                                  MAXINE M. CHESNEY
                                                  United States District Judge